# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 12, 2024

## NO. 03-24-00572-CV

**D. D., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the order signed by the trial court on August 13, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.